# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 46 WM 2015
:
             Respondent : 
:
:
:
            v. :
:
:
:
KENNETH A. SENOSKI, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and the Motion to Compel are **DENIED**.